FILED: December 1, 2022

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 22-4689

(3:21-cr-00049-GMG-RWT-2)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DIANA TOEBBE

      Defendant - Appellant

___

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Martinsburg |
| Originating Case Number | 3:21-cr-00049-GMG-RWT-2 |
| Date notice of appeal filed in originating court: | 11/29/2022 |
| Appellant(s) | Diana Toebbe |
| Appellate Case Number | 22-4689 |
| Case Manager | Taylor Barton<br>804-916-2702 |