FILED: January 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4689
(3:21-cr-00049-GMG-RWT-2)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

DIANA TOEBBE

 Defendant - Appellant

_____

O R D E R
_____

 The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk