# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 19, 2023

_____

RESPONSE REQUESTED

_____

No. 22-4689,   US v. Diana Toebbe
              3:21-cr-00049-GMG-RWT-2

TO:   Diana Toebbe

RESPONSE DUE: 01/30/2023

Response is required to the motion to dismiss on or before the due date above.

Cathi Bennett, Deputy Clerk
804-916-2702