FILED: February 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4689
(3:21-cr-00049-GMG-RWT-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DIANA TOEBBE

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the unopposed motion to exceed length limitations, the court grants appellant leave to file a response to the government's motion to dismiss not to exceed 7,500 words.

For the Court

/s/ Patricia S. Connor, Clerk