# EXHIBIT 2
# SEALED