**EXHIBIT 3**
**SEALED**