FILED: February 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4689
(3:21-cr-00049-GMG-RWT-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DIANA TOEBBE

    Defendant - Appellant

_____

O R D E R
_____

The court defers action on the government's motion to dismiss and directs the clerk to reinstate the briefing order.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk