FILED: March 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4689
(3:21-cr-00049-GMG-RWT-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DIANA TOEBBE

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Opening brief and Joint appendix due: 04/24/2023

Response brief due: 05/15/2023

Any reply brief: 10 days from service of response brief.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk