UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Appellee, | : | |
| | : | |
| v. | : | Case No. 22-4689 |
| | : | |
| DIANA TOEBBE, | : | |
| | : | |
| Appellant. | : | |
| | : | |

**MOTION TO EXCEED LENGTH LIMITATIONS**

DIANA TOEBBE, ("Appellant"), by and through her attorney, Jessica N. Carmichael, Esq., respectfully requests that this Court grant leave to Exceed Length Limitations of the Joint Appendix. In support of this Unopposed Motion, Appellant states as follows:

1. The Joint Appendix, including entries by both sides is 538 pages, not including the covers and table of contents. As such, it exceeds the 500-page limit. The size of the Joint Appendix results largely from the inclusion of the transcripts.

2. The Appellant, by counsel, requests leave to file a Joint Appendix that exceeds the 500-page limit.

3. Pursuant to Fourth Circuit Local Rule 27(a), counsel certifies that he has informed Appellee's counsel of his intention to file this Motion

1

and has been authorized to state that Appellee's counsel has no objection to the granting of the requested relief.

WHEREFORE, Appellant respectfully requests that this Honorable Court grant the Motion to Exceed Length Limitations to file an oversized joint appendix of 538 pages.

Respectfully submitted,

/s/ Jessica N. Carmichael
Jessica N. Carmichael, Virginia Bar 78339
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 684-7908
jessica@carmichaellegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 19, 2023, a copy of the foregoing was served on all of the parties by ECF.

/s/ Jessica N. Carmichael
Jessica N. Carmichael