FILED: April 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4689
(3:21-cr-00049-GMG-RWT-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DIANA TOEBBE

    Defendant - Appellant

_____

O R D E R
_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

Although appellant's motion does not state the grounds on which it is based, finding the defendant pled guilty to conspiracy to communicate restricted data – sabotage and received 262 months, the court grants appellant leave to file a joint appendix not to exceed 538 pages.

            For the Court--By Direction

            <u>/s/ Patricia S. Connor, Clerk</u>