IN THE UNITED STATES CIRCUIT COURT
FOR THE FOURTH CIRCUIT

Filed with the Classified Information Security Officer
CISO _____
Date ___4/19/23___

| | |
|---|---|
| United States of America,<br>　　　　Appellee<br><br>v.<br><br>Diana Toebbe,<br>　　　　Appellee. | Appeal No. 22-4689 |

## DIANA TOEBBE'S *CLASSIFIED* SUPPLEMENTAL BRIEF AND JOINT APPENDIX