FILED: June 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4689

(3:21-cr-00049-GMG-RWT-2)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DIANA TOEBBE

    Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals the sealed version of the response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk