# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 15, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No. 22-4689,   US v. Diana Toebbe
              3:21-cr-00049-GMG-RWT-2

TO:   United States of America
      Diana Toebbe

BRIEF OR JOINT APPENDIX CORRECTION DUE:  June 22, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[X] Brief citations to the joint appendix are not in the proper format. Please refer to **Appendix Pagination & Brief Citation Guide** for guidance.

Cathi Bennett, Deputy Clerk
804-916-2702