FILED: June 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4689
(3:21-cr-00049-GMG-RWT-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DIANA TOEBBE

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court seals the sealed version of the reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk