UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

_____

RESPONSE REQUESTED

_____

No. 22-4689,   US v. Diana Toebbe
           3:21-cr-00049-GMG-RWT-2

TO:  Counsel

**RESPONSE DUE:** 07/31/2023

Oral argument in the above case is scheduled for the September 19 - 22, 2023, session. Because this case involves classified information, we are inquiring whether:

- counsel requests that the entire argument be held in a sealed courtroom;
- counsel requests bifurcated argument, with a portion of the argument to be held in an open courtroom and the portion of the argument related to the classified materials to be held in a sealed courtroom; or
- counsel does not request sealing of the courtroom.

If counsel requests sealing of all or part of the argument, a motion to seal should be filed within the next **14** days. If bifurcated argument is requested, please address how much time should be allocated to the public and sealed portions of the argument. If sealing is not requested, please file a response to this notice stating that no sealing is required.

Thank you for your assistance,

/s/ Nwamaka Anowi
Chief Deputy Clerk