**IN THE UNITED COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 22-4689 |
| | ) | |
| **DIANA TOEBBE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT RESPONSE ON SEALING**

In response to the Court's Order (ECF No. 65) the parties have conferred and jointly represent that sealing the courtroom is not required in this matter.

/s/ Danielle S. Tarin
Danielle S. Tarin
Appellate Attorney
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave., N.W
Washington, DC 20530
(202) 532-4493

/s/ Jessica N. Carmichael
Jessica N. Carmichael
Counsel for Diana Toebbe
CARMICHAEL ELLIS & BROCK, PLLC
108 North Alfred Street, 1st Fl
Alexandria, VA 22314
703-684-7908
jessica@carmichaellegal.com

/s/ Jarod J. Douglas
Jarod J. Douglas
Assistant United States Attorney
United States Attorney's Office
P.O. Box 591
Wheeling, WV 26003
(304) 234-0100

/s/ Barry P Beck
Barry P. Beck
Counsel for Diana Toebbe
POWER, BECK & MATZUREFF
308 West Burke Street
Martinsburg, WV 25401
304-264-8870
bpbeck@frontier.com