# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 24, 2023

_____

## VOUCHER NOTICE

_____

No. 22-4689,   US v. Diana Toebbe
              3:21-cr-00049-GMG-RWT-2

TO:   Barry Philip Beck

We have received co-counsel Jessica Carmichael's interim CJA 20 for excess compensation for her services rendered from December 14, 2022, to July 19, 2023. The Court processes CJA 20 claims from co-counsel at the same time. Please file your interim CJA 20 for your services rendered thus far before August 7, 2023 and upload a CJA 27 (https://www.ca4.uscourts.gov/docs/pdfs/cja27excesscomp.pdf?sfvrsn=c1806292_18) if necessary. If you need more time to prepare your CJA 20, please advise, in writing via email to 4CCA-CJA@ca4.uscourts.gov, by the same date.

Patty Layne, Deputy Clerk
804-916-2727

cc:   Jessica N. Carmichael