# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 14, 2023

_____

DOCKET CORRECTION NOTICE

_____

No. 22-4689,   US v. Diana Toebbe
3:21-cr-00049-GMG-RWT-2

TO:   Diana Toebbe

REDACTED DOCUMENT DUE:  September 15, 2023

Under Fed. R. App. P. 25(a)(5), filers are required to redact the following personal data identifiers from documents filed on appeal. Please redact and re-file your document in accordance with the requirement(s) identified below.

[x] Motion to file supplemental brief(s) - protected criminal information must be redacted. Please also file a certificate of confidentiality.

Cathi Bennett, Deputy Clerk
804-916-2702