# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 14, 2023

_____

RESPONSE REQUESTED
_____

No. 22-4689,   US v. Diana Toebbe
              3:21-cr-00049-GMG-RWT-2

TO:   United States of America

RESPONSE DUE: **09/15/2023 by noon**

Response is required to the motion to file supplemental brief(s) on or before the due date above.

Cathi Bennett, Deputy Clerk
804-916-2702