FILED: September 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4689
(3:21-cr-00049-GMG-RWT-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DIANA TOEBBE

    Defendant - Appellant

_____

O R D E R
_____

This case is calendared for oral argument on September 19, 2023.

Upon consideration of submissions relative to appellant's motion for supplemental briefing, the court denies the motion without prejudice to making the argument at oral argument.

For the Court

/s/ Nwamaka Anowi, Clerk